IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Troyce "Tabitha" Braninburg,<br><br>                Plaintiff,<br><br>vs.<br><br>Coalinga State Hospital, et al.<br><br>                Defendants. | CASE NO. CV 1-08-**1457**-MHM<br><br>**DEFENDANTS' REQUEST FOR A ONE WEEK EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

Good cause here appearing, Defendants' request for an extension of time to file dispositive motions is granted.

IT IS HEREBY ORDERED that defendants have until February 28, 2012, to file dispositive motions.

Dated this 21st day of February, 2012.

_____
The Honorable Mary H. Murguia
United States Circuit Judge designated as
United States District Judge