1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8                         FRESNO DIVISION

9

10   Troyce Braninburg,                  )
                                          )      No. 1:08-CV-01457-MHM
11         Plaintiff,                     )
                                          )      **ORDER**
12   vs.                                  )
                                          )
13                                        )
     Coalinga State Hospital, et al.,     )
14                                        )
           Defendants.                    )
15   _____ )

16

17

18         Defendants L. Avila, Dr. Adams, Dr. Singh, E. Reed, and D. Meet have filed

19   a Motion for Summary Judgment (docket #31) pursuant to Rule 56 of the Federal Rules of

     Civil Procedure.

20
                        **NOTICE--WARNING TO PLAINTIFF**
21
         ***THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]***
22
23         The Defendants' Motion for Summary Judgment seeks to have your case

24   dismissed.  A motion for summary judgment under Rule 56 of the Federal Rules of Civil

     Procedure will, if granted, end your case.
25
           Rule 56 tells you what you must do in order to oppose a motion for summary
26
     judgment.  Generally, summary judgment must be granted when there is no genuine issue of
27

28   _____

           [1]   *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998) (*en banc*).

material fact – that is,  if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case.  When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says.  Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the Defendants' declarations and documents and show that there is a genuine issue of material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

You must timely respond to all motions.  The Court may, in its discretion, treat your failure to respond to Defendant's Motion for Summary Judgment as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action with prejudice.

**IT IS ORDERED** that Plaintiff must file a response to Defendant's Motion for Summary Judgment no later than **March 30, 2012.**

**IT IS FURTHER ORDERED** that Defendants may file a reply within 15 days after service of Plaintiff's response.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 12th day of March, 2012.

Mary H. Murguia
U.S. Circuit Judge designated as
U.S. District Court Judge